# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | Tracee<br>First Name | Felita<br>Middle Name | Jones<br>Last Name |
| Debtor 2<br>(Spouse, if filing) | First Name | Middle Name | Last Name |
| Case Number<br>(if known) | 19-11088 | | |

☐ Check if this is an amended plan.

## CHAPTER 13 PLAN AND MOTION

[Pursuant to Fed. R. Bankr. P. 3015.1, the Southern District of Georgia General Order 2017-3 adopts this form in lieu of the Official Form 113].

1. **Notices.** Debtor(s) must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as not being contained in the plan or if neither or both boxes are checked, the provision will be ineffective if set out in the plan.

    (a) This plan:   ☐ contains nonstandard provisions. See paragraph 15 below.
    ☒ does not contain nonstandard provisions.

    (b) This plan:   ☒ values the claim(s) that secures collateral. See paragraph 4(f) below.
    ☐ does not value claim(s) that secures collateral.

    (c) This plan:   ☒ seeks to avoid a lien or security interest. See paragraph 8 below.
    ☐ does not seek to avoid a lien or security interest.

2. **Plan Payments.**

    (a) The Debtor(s) shall pay to the Chapter 13 Trustee (the "Trustee") the sum of **$360.00 per month** for the applicable commitment period of:

    ☐ 60 months; **or**

    ☒ a minimum of 36 months. See 11 U.S.C. § 1325(b)(4).

    (If applicable include the following: These plan payments will change to $_____ monthly on _____, 20____.)

    (b) The payments under paragraph 2(a) shall be paid:

    ☒ Pursuant to a Notice to Commence Wage Withholding, the Debtor(s) request(s) that the Trustee serve such Notice(s) upon the Debtor's(s') employer(s) as soon as practicable after the filing of this plan. Such Notice(s) shall direct the Debtor's(s') employer(s) to withhold and remit to the Trustee a dollar amount that corresponds to the following percentages of the monthly plan payment:

    ☒ Debtor 1 **100**%   ☐ Debtor 2 _____ %

    ☐ Direct to the Trustee for the following reason(s):
    ☐ The Debtor(s) receive(s) income solely from self-employment, Social Security, government assistance, or retirement.
    ☐ The Debtor(s) assert(s) that wage withholding is not feasible for the following reason(s):

    (c) Additional Payments of $_____ (estimated amount) will be made on _____ (anticipated date)

from _____ (source, including income tax refunds).

3. **Long-Term Debt Payments.**

   (a) **Maintenance of Current Installment Payments.** The Debtor(s) will make monthly payments in the manner specified as follows on the following long-term debts pursuant to 11 U.S.C. § 1322(b)(5). These postpetition payments will be disbursed by either the Trustee or directly by the Debtor(s), as specified below. Postpetition payments are to be applied to postpetition amounts owed for principal, interest, authorized postpetition late charges and escrow, if applicable. Conduit payments that are to be made by the Trustee which become due after the filing of the petition but before the month of the first payment designated here will be added to the prepetition arrearage claim.

   | CREDITOR | COLLATERAL | PRINCIPAL RESIDENCE (Y/N) | PAYMENTS TO BE MADE BY (TRUSTEE OR DEBTOR(S)) | MONTH OF FIRST POSTPETITION PAYMENT TO CREDITOR | INITIAL MONTHLY PAYMENT |
   |---|---|---|---|---|---|
   | | | | | | |

   (b) **Cure of Arrearage on Long-Term Debt.** Pursuant to 11 U.S.C. § 1322(b)(5), prepetition arrearage claims will be paid in full through disbursements by the Trustee, with interest (if any) at the rate stated below. Prepetition arrearage payments are to be applied to prepetition amounts owed as evidenced by the allowed claim.

   | CREDITOR | DESCRIPTION OF COLLATERAL | PRINCIPAL RESIDENCE (Y/N) | ESTIMATED AMOUNT OF ARREARAGE | INTEREST RATE ON ARREARAGE (if applicable) |
   |---|---|---|---|---|
   | | | | | |

4. **Treatment of Claims.** From the payments received, the Trustee shall make disbursements as follows unless designated otherwise:

   (a) **Trustee's Fees.** The Trustee percentage fee as set by the United States Trustee.

   (b) **Attorney's Fees.** Attorney's fees allowed pursuant to 11 U.S.C. § 507(a)(2) of $**4,500.00**.

   (c) **Priority Claims.** Other 11 U.S.C. § 507 claims, unless provided for otherwise in the plan will be paid in full over the life of the plan as funds become available in the order specified by law.

   (d) **Fully Secured Allowed Claims.** All allowed claims that are fully secured shall be paid through the plan as set forth below.

   | CREDITOR | DESCRIPTION OF COLLATERAL | ESTIMATED CLAIM | INTEREST RATE | MONTHLY PAYMENT |
   |---|---|---|---|---|
   | | | | | |

   (e) **Secured Claims Excluded from 11 U.S.C. § 506** (those claims subject to the hanging paragraph of 11 U.S.C. § 1325(a)). The claims listed below were either: (1) incurred within 910 days before the petition date and secured by a

purchase money security interest in a motor vehicle acquired for the personal use of the Debtor(s), or (2) incurred within 1 year of the petition date and secured by a purchase money security interest in any other thing of value. These claims will be paid in full under the plan with interest at the rate stated below:

| CREDITOR | DESCRIPTION OF COLLATERAL | ESTIMATED CLAIM | INTEREST RATE | MONTHLY PAYMENT |
|---|---|---|---|---|
| | | | | |

(f) **Valuation of Secured Claims to Which 11 U.S.C. § 506 is Applicable.** The Debtor(s) move(s) to value the claims partially secured by collateral pursuant to 11 U.S.C. § 506 and provide payment in satisfaction of those claims as set forth below. The unsecured portion of any bifurcated claims set forth below will be paid pursuant to paragraph 4(h) below. The plan shall be served on all affected creditors in compliance with Fed. R. Bankr. P. 3012(b), and the Debtor(s) shall attach a certificate of service.

| CREDITOR | DESCRIPTION OF COLLATERAL | VALUATION OF SECURED CLAIM | INTEREST RATE | MONTHLY PAYMENT |
|---|---|---|---|---|
| Chrysler Capital | Vehicle (dodge) | 10,475.00 | 5.5% | 180.00 |
| Badcock | Personal property | 100.00 | 3% | 5.00 |

(g) **Special Treatment of Unsecured Claims.** The following unsecured allowed claims are classified to be paid at 100% ☐ with interest at _____ % per annum or ☐ without interest:

(h) **General Unsecured Claims.** Allowed general unsecured claims, including the unsecured portion of any bifurcated claims provided for in paragraph 4(f) or paragraph 9 of this plan, will be paid a **0.00** % dividend or a pro rata share of $_____, whichever is greater.

5. **Executory Contracts.**

   (a) **Maintenance of Current Installment Payments or Rejection of Executory Contract(s) and/or Unexpired Lease(s).**

| CREDITOR | DESCRIPTION OF PROPERTY/SERVICES AND CONTRACT | ASSUMED/ REJECTED | MONTHLY PAYMENT | DISBURSED BY TRUSTEE OR DEBTOR(S) |
|---|---|---|---|---|
| Acceptance Now (Ashley furniture) | Furniture rental | reject | N/A | N/A |
| Wedgewood Park | Residential lease | reject | N/A | N/A |
| Lakeside @ Riverwatch | Residential lease | reject | NA | NA |
| Westdale | Residential lease | assume | Contract rate | debtor |

   (b) **Treatment of Arrearages.** Prepetition arrearage claims will be paid in full through disbursements by the Trustee.

| CREDITOR | ESTIMATED ARREARAGE |
|---|---|
| | |

6. **Adequate Protection Payments.** The Debtor(s) will make pre-confirmation lease and adequate protection payments pursuant to 11 U.S.C. § 1326(a)(1) on allowed claims of the following creditors: ☐ Direct to the Creditor; **or** ☐ To the Trustee.

| CREDITOR | ADEQUATE PROTECTION OR LEASE PAYMENT AMOUNT |
|---|---|
| | |

7. **Domestic Support Obligations.** The Debtor(s) will pay all postpetition domestic support obligations direct to the holder of such claim identified here. See 11 U.S.C. § 101(14A). The Trustee will provide the statutory notice of 11 U.S.C. § 1302(d) to the following claimant(s):

| CLAIMANT | ADDRESS |
|---|---|
| | |

8. **Lien Avoidance.** Pursuant to 11 U.S.C. § 522(f), the Debtor(s) move(s) to avoid the lien(s) or security interest(s) of the following creditor(s), upon confirmation but subject to 11 U.S.C. § 349, with respect to the property described below. The plan shall be served on all affected creditor(s) in compliance with Fed. R. Bankr. P. 4003(d), and the Debtor(s) shall attach a certificate of service.

| CREDITOR | LIEN IDENTIFICATION (if known) | PROPERTY |
|---|---|---|
| Cavalry SPV assignee of Synchrony Bank/Belk | CA #2017M01476 | Judgment lien |

9. **Surrender of Collateral.** The following collateral is surrendered to the creditor to satisfy the secured claim to the extent shown below upon confirmation of the plan. The Debtor(s) request(s) that upon confirmation of this plan the stay under 11 U.S.C. § 362(a) be terminated as to the collateral only and that the stay under 11 U.S.C. § 1301 be terminated in all respects. Any allowed deficiency balance resulting from a creditor's disposition of the collateral will be treated as an unsecured claim in paragraph 4(h) of this plan if the creditor amends its previously-filed, timely claim within 180 days from entry of the order confirming this plan or by such additional time as the creditor may be granted upon motion filed within that 180-day period.

| CREDITOR | DESCRIPTION OF COLLATERAL | AMOUNT OF CLAIM SATISFIED |
|---|---|---|
| Regional Accept Corp | Repod Vehicle (Kia) | Full satisfaction of all debt & claims |
| Acceptance Now (Ashley furniture) | Personal property | Full satisfaction of all debt & claims |

10. **Retention of Liens.** Holders of allowed secured claims shall retain the liens securing said claims to the full extent provided by 11 U.S.C § 1325(a)(5).

11. **Amounts of Claims and Claim Objections.** The amount, and secured or unsecured status, of claims disclosed in this plan are based upon the best estimate and belief of the Debtor(s). An allowed proof of claim will supersede those estimated claims. In accordance with the Bankruptcy Code and Federal Rules of Bankruptcy Procedure, objections to claims may be filed before or after confirmation.

12. **Payment Increases.** The Debtor(s) will increase payments in the amount necessary to fund allowed claims as this plan proposes, after notice from the Trustee and a hearing if necessary, unless a plan modification is approved.

13. **Federal Rule of Bankruptcy Procedure 3002.1.** The Trustee shall not pay any fees, expenses, or charges disclosed by a creditor pursuant to Fed. R. Bankr. P. 3002.1(c) unless the Debtor's(s') plan is modified after the filing of the notice to provide for payment of such fees, expenses, or charges.

14. **Service of Plan.** Pursuant to Fed. R. Bankr. P. 3015(d) and General Order 2017-3, the Debtor(s) shall serve the Chapter 13 plan on the Trustee and all creditors when the plan is filed with the court, and file a certificate of service accordingly. If the Debtor(s) seek(s) to limit the amount of a secured claim based on valuation of collateral (paragraph 4(f) above), seek(s) to avoid a security interest or lien (paragraph 8 above), or seek(s) to initiate a contested matter, the Debtor(s) must serve the plan on the affected creditors pursuant to Fed. R. Bankr. P. 7004. See Fed. R. Bankr. P. 3012(b), 4003(d), and 9014.

15. **Nonstandard Provisions.** Under Fed. R. Bankr. P. 3015(c), nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise in this local plan form or deviating from it. Nonstandard provisions set out elsewhere in this plan are void.

---

By signing below, I certify the foregoing plan contains no nonstandard provisions other than those set out in paragraph 15.

Dated: 8/21/19

_____
Debtor 1

_____
Debtor 2

s/Angela McElroy-Magruder
*Attorney for the Debtor(s)*

GASB – Form 113 [Rev. 12/1/17]                                                                                                  Page **5** of **5**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

IN RE:  )

Tracee Felita Jones  )

Ch 13 Case No. 19-11088

  DEBTOR (S)  )

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the within and foregoing Chapter 13 Plan and Motion by placing same in the United States mail with proper postage affixed thereon to insure delivery, addressed as follows:

### SEE ATTACHED MATRIX

I hereby certify that the following insured depository institutions were served by Certified Mail addressed to the officer of the institution:

NA

In hereby certify that the following parties and counsel were served electronically through the Notice of Electronic Filing (NEF) at the following address:

Huon Le
notices@chp13aug.org

Office of the U.S. Trustee
Ustpregion21.sv.ecf@usdoj.gov

This 21st day of August, 2019.

 S/ Angela McElroy-Magruder
Angela McElroy-Magruder
Georgia Bar # 113625
Attorney for Debtor

Angela McElroy-Magruder
Claeys, McElroy-Magruder & Kitchens
512 Telfair Street
Augusta, Georgia 30901
(706) 724-6000

Case:19-11088-SDB Doc#:6 Filed:08/21/19 Entered:08/21/19 15:53:46 Page:7 of 9

```
Label Matrix for local noticing      AT&T Services                        Acceptance Now
113J-1                                1 AT&T Way Room 3A104                5501 Headquarters Drive
Case 19-11088-SDB                     Bedminster, NJ 07921-2694            Plano, Texas 75024-5837
Southern District of Georgia
Augusta
Wed Aug 21 15:34:04 EDT 2019

Aiken Augusta Oral & Facial Surgery   Allied Interstate                   Amcol Systems
1222 George C Wilson Dr               PO Box 361774                        111 Lancewood Road
Augusta, GA 30909-4502                Columbus, OH 43236-1774              Columbia, SC 29210-7523


American Infosource                   American Infosource                  Ashley Funding Services
PO Box 248848                         PO Box 5008                          c/o Resurgent Capital
Oklahoma City, OK 73124-8848          Carol Stream, IL 60197-5008          PO box 10587
                                                                           Greenville, SC 29603-0587


Augusta Ob & Gyn Spec                 Brown & Radiology                    CBHV
PO Box 740776                         PO Box 3845                          PO Box 831
Cincinnati, OH 45274-0776             Augusta, Georgia 30914-3845          Newburgh, NY 12551-0831


Capital One                           Carolina Payday Loans                Cavalry SPV I assignee of Belks
PO Box 30285                          4594 Jefferson Davis Hwy             PO Box 2788
SLC , Utah 84130-0285                 Beech Island, SC 29842-4872          Tempe, AZ 85280-2788


Chrysler Capital                      Collection Receivables               Credit Bureau Assoc
Attn: Servicing Agent/officer         1835 Central Avenue                  321 Main Street
PO Box 961278</br>                    Augusta, GA 30904-5734               Tifton, GA 31794-4897
Ft Worth, Texas 76161


Credit Collection Services            Credit Control                       Doctors Hospital
725 Canton Street                     5757 Phantom Drive                   PO Box 740766
Norwood, MA 02062-2679                Ste 330                              Cincinnati, OH 45274-0766
                                      Hazelwood, MO 63042-2429


Doctors Hospital                      Dynamic Recovery Solutions           ECMC
PO Box 740766                         PO Box 25759                         PO Box 16478
Cincinnati, Ohio 45274-0766           Greenville, SC 29616-0759            Lockbox 8682
                                                                           St Paul, MN 55116


First Premier                         (p)GEORGIA DEPARTMENT OF REVENUE     Gold Cross EMS
c/o Jefferson Capital                 COMPLIANCE DIVISION                  PO Box 14848
PO box 772813                         ARCS BANKRUPTCY                      Augusta, Georgia 30919-0848
Chicago, IL 60677-0113                1800 CENTURY BLVD NE SUITE 9100
                                      ATLANTA GA 30345-3202


IC Systems                            Tracee Felita Jones                  Joseph Mann & Creed
PO Box 64378                          2905 Shadow Ridge Drive               PO Box 1270
St Paul, Minnesota 55164-0378         Apt 3                                Twinsburg, OH 44087-9270
                                      Augusta, GA 30909-2040
```

Lab Corp
PO Box 2240
Burlington, North Carolina 27216-2240

Lakeside @ Riverwatch
4300 Riverwatch Pkwy
Martinez, GA 30907-3696

Lanier
PO Box 15519
Savannah, Georgia 31416-2219

Huon Le
P.O. Box 2127
Augusta, GA 30903-2127

Angela McElroy-Magruder
Claeys, McElroy-Magruder & Kitchens
512 Telfair Street
Augusta, GA 30901-2310

Medicredit
PO Box 1629
Maryland Heights, MO 63043-0629

Medicredit
PO Box 1629
Maryland Heights, MO 63043-0629

Meritan Health
1406 Xenium Lane North
Ste 140
Minneapolis, MN 55441

Midland Funding
PO Box 2011
Warren, MI 48090-2011

Mitchell D Bluhm & Assoc
PO Box 3269
Sherman, TX 75091-3269

NPRTO Georgia LLC
256 W Data Drive
Draper, UT 84020-2315

National Enterprise Systems
2479 Edison Blvd
Unit A
Twinsburg, OH 44087-2476

Northland Group
PO Box 129
Thorofare, NJ 08086-0129

Office of the U. S. Trustee
Johnson Square Business Center
2 East Bryan Street, Ste 725
Savannah, GA 31401-2638

Petsch Respiratory Services
104 S Belair Road #8
Martinez, GA 30907-9153

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Primary Financial Services
PO Box 40089
Phoenix, AZ 85067-0089

Quantum3 Group
PO Box 788
Kirkland, Washington 98083-0788

Regional Acceptance Corp
PO Box 1847
100-50-01-51
Wilson, NC 27894-1847

Seventh Avenue
1112 7th Avenue
Monroe, Wisconsin 53566-1364

Sherwin P Robin & Assoc
PO Box 888
Metter, GA 30439-0888

Suntrust Bank
PO Box 26150
Richmond, VA 23260-6150

Syncb/Lowes
PO Box 965005
Orlando, Florida 32896-5005

Target
PO Box 660170
Dallas, Texas 75266-0170

Torrance Jones
3241 Lexington Way
Augusta, Ga 30909-9224

USAA
10750 McDermott Fwy
San Antonio, Texas 78288-1600

United Recovery Systems
PO Box 722929
Houston, TX 77272-2929

WS Badcock
Attn: Servicing Agent/Officer
PO Box 724
Mulberry, Florida 33860-0724

Wedgewood Park Ltd
3338-L1 Country Club
Valdosta, GA 31605-7425

Wells Fargo
PO Box 9210
Des Moines, Iowa 50306-9210

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

GA Dept of Revenue
1800 Century Blvd NE, Ste 9100
Atlanta, Georgia 30345

Portfolio Recovery
PO Box 12914
Norfolk, Virginia 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Credit Bureau Assoc
321 Main Street
Tifton, Ga 31794-4897

(d)Northland Group
PO box 129
Thorofare, NJ 08086-0129

End of Label Matrix
Mailable recipients   60
Bypassed recipients    2
Total                 62